July 19, 2012



# JUDGMENT

# The Fourteenth Court of Appeals

HMG PARK MANOR OF QUAIL VALLEY, LLC D/B/A PARK MANOR OF QUAIL VALLEY AND PARK MANOR OF QUAIL VALLEY, Appellants

NO. 14-10-00382-CV                 V.

AURELIA SANDERS, AS INDEPENDENT ADMINISTRATRIX OF THE ESTATE OF DOROTHY M. TERRY, DECEASED, Appellee

_____

Today the Court heard appellants' motion to dismiss the appeal from the order signed by the court below on March 29, 2010. Having considered the motion and found it meritorious, we order the appeal **DISMISSED**.

We further order that all costs incurred by reason of this appeal be paid by appellants, HMG Park Manor of Quail Valley, LLC d/b/a Park Manor of Quail Valley and Park Manor of Quail Valley, jointly and severally.

We further order that mandate be issued immediately.

We further order this decision certified below for observance.